UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v | ) ) | No. 3:07-CR-81 (PHILLIPS/GUYTON) |
| ROBERT BENNETT, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on July 17, 2007, for an initial appearance on a Indictment. Assistant United States Attorney Tracee Plowell was present on behalf of the government and CJA Attorney Richard Gaines appeared as appointed counsel for the defendant. Counsel for the defendant advised this Court that the defendant would execute a Waiver of Detention Hearing reserving his right to move for a hearing at a later date. The defendant and his attorney executed the appropriate Waiver of Detention Hearing in open court.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of

an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

                                          **ENTER:**

                                            s/ H. Bruce Guton
                                            United States Magistrate Judge